**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SAM Campbell
~~~~~~~ #65658061
FCI-Waseca
PO Box 1731
Waseca, MN 56093

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _K.m_ ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

_Kn Kirkld_      _10/31/06_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7002 0860 0000 1408 9832

PS Form **3811**, August 2001        Domestic Return Receipt        102595-02-M-0835