PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Sam Campbell**   Case Number: **1:01CR00032-06**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 29, 2002**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base, a Class C Felony, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)**

Original Sentence: **70 months in prison, 60 months of supervised release**

Type of Supervision: Supervised Release    Date Supervision Commenced: **February 13, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On February 27, 2007, Campbell was arrested and charged with Operating Vehicle Impaired by the West Chester, Ohio Police Department. The charge is pending in Butler County, Ohio Area III Court. |

U.S. Probation Officer Action: **It is respectfully recommended that no action be taken against Campbell until the pending charge is resolved.**

Respectfully submitted,                    Approved,

by  *Mark R. Grawe* (signature)           by  *John C. Cole* (signature)

**Mark R. Grawe**                          **John C. Cole**
U. S. Probation Officer                    Supervising U. S. Probation Officer
Date:    **March 5, 2007**                 Date:    **March 5, 2007**

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer
Date: 3/14/07