PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Sam Campbell**  Case Number: **1:01CR00032-06**

Name of Sentencing Judicial Officer:  **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 29, 2002**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base, a Class C Felony, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)**

Original Sentence: **70 months in prison, 60 months of supervised release**

Type of Supervision: Supervised Release  Date Supervision Commenced: **February 13, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On February 27, 2007, Campbell was arrested and charged with Operating Vehicle Impaired by the West Chester, Ohio Police Department. He was convicted of Operating Vehicle Impaired in Butler County Area III Court on March 6, 2007 in case number TRC0701310. He was sentenced to 180 days in jail, 177 days suspended, 72 hour driver intervention program, and a $350 fine. |

U.S. Probation Officer Action: **As a result of the conviction in case number TRC0701310, Campbell was referred for standard outpatient chemical dependency treatment including random urine collection at Horizon Services.**

Respectfully submitted,  Approved,

by *Mark R. Grawe* (signature)  by *John C. Cole* (signature)

Mark R. Grawe  John C. Cole
U. S. Probation Officer  Supervising U. S. Probation Officer
Date:  **March 20, 2007**  Date:  **March 20, 2007**

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

3/26/07
Date