PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Sam Campbell**  Case Number: **1:01CR00032-06**

Name of Sentencing Judicial Officer:  **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 29, 2002**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base, a Class C Felony, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)**

Original Sentence: **70 months in prison, 60 months of supervised release**

Type of Supervision: Supervised Release    Date Supervision Commenced: **February 13, 2007**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |

On February 4, 2008, Your Honor was advised that Campbell was arrested for Disorderly Conduct. Your Honor agreed to take no action as the charge was still pending. On March 12, 2008, Campbell was convicted of Disorderly Conduct, a minor misdemeanor, in Hamilton County Municipal Court. He was ordered to pay a $100 fine and Court cost.

U.S. Probation Officer Action: **It is respectfully recommended that the Court take no action. As a sanction for this conviction, Campbell will be required to report to the United States Probation Office twice a month for two months.**

Respectfully submitted,    Approved,

by *[signature]*    by *[signature]*

**Mark R. Grawe**    **John C. Cole**
U. S. Probation Officer    Supervising U. S. Probation Officer
Date:  **March 13, 2008**    Date:  **March 13, 2008**

---

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

3/19/08
Date