PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Sam Campbell**                              Case Number: **1:01CR00032**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 28, 2002**

Original Offense: **Cocaine**

Original Sentence: **70 month(s) prison, 60 month(s) supervised release**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **February 13, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On July 5, 2008, an officer from the Fairfield Police Department arrested Campbell and charged him with Operating Vehicle Impaired. According to the citation, Campbell operated a motor vehicle with a blood alcohol content of .171. This charge is pending in Fairfield Municipal Court. |

U.S. Probation Officer Action: **As the Court will recall, on March 6, 2007, Campbell was convicted of Operating Vehicle Imparied in Butler County Area III Court. Furthermore, on February 4, 2008, he was convicted of Disorderly Conduct in Hamilton Municipal Court. It is respectfully recommended that no action be taken at this time. If Campbell is convicted of the pending Operating Vehicle Impaired charge, a request for a supervised release violation hearing will be submitted to the Court.**

Respectfully submitted,                    Approved,

by                                          by

**Mark R. Grawe**                           **John C. Cole**
U. S. Probation Officer                     Supervising U. S. Probation Officer
Date:        **July 11, 2008**              Date:        **July 11, 2008**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

7/14/08

Date