PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
### Report on Offender Under Supervision

Name of Offender: **Sam Campbell**                                    Case Number: **1:01CR00032**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
                                        **United States Senior District Judge**

Date of Original Sentence: **January 28, 2002**

Original Offense: **Cocaine**

Original Sentence: **70 month(s) prison, 60 month(s) supervised release**

<u>Type of Supervision: **Supervised Release**            Date Supervision Commenced: **February 13, 2007**</u>

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall pay a $1,000 fine at a rate of $20 a month commencing on April 5, 2007. |
|  | Campbell has not made a fine payment since March 12, 2008. |

U.S. Probation Officer Action: **It is respectfully recommended that the Court take no action at this time. Due to this violation, Campbell will be required to report to the Probation Office by the fifth of every month. During each reporting date, Campbell will be required to make his monthly fine payment.**

             Respectfully submitted,                      Approved,

by           /s/ Mark R. Grawe                  by       /s/ John C. Cole

             **Mark R. Grawe**                            **John C. Cole**
             U. S. Probation Officer                     Supervising U. S. Probation Officer
             Date:   **July 28, 2008**                    Date:   **July 28, 2008**

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

                                                    _____
                                                    Signature of Judicial Officer

                                                    7/28/08
                                                    Date